**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2911**

---

REGINA K. SMITH,

                              Plaintiff - Appellant,

        versus

SOUTH CAROLINA BUDGET AND CONTROL BOARD,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior
District Judge.  (CA-93-1453-3-OBC)

---

Submitted:  May 16, 1996            Decided:  May 28, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Regina K. Smith, Appellant Pro Se.  Jonathan Pharr Pearson, Stephen
Carrington Mitchell, OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
Columbia, South Carolina; Joseph Dawson Shine, SOUTH CAROLINA
BUDGET AND CONTROL BOARD, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment to the Appellee in this action alleging employment discrimination. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. South Carolina Budget & Control, No. CA-93-1453-3-OBC (D.S.C. Sept. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED